No. 315. UNITED STATES EX REL. ROBINSON *v.* JOHNSTON, WARDEN. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE JACKSON took no part in the consideration and decision of these applications. *Thomas Henry Robinson, Jr., pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for respondent.

No. 695. CLARK *v.* BARLOW ET AL. November 10, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE JACKSON took no part in the consideration and decision of these applications. *Mr. Carl L. Ristine* for petitioner. *Mr. Dean Hill Stanley* for Lester P. Barlow, and *Assistant Attorney General Shea* and *Messrs. Warner W. Gardner, Sidney J. Kaplan,* and *Paul A. Sweeney* for Henry Morgenthau, Jr., Secretary of the Treasury, et al., respondents.

No. 684. McGOLDRICK *v.* EQUITABLE LIFE ASSURANCE SOCIETY. November 10, 1941. The motion to consider certain orders of the District Court as a part of the record is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. William Lemke* for petitioner. *Mr. E. D. Weller* for respondent.

No. 621. KNIGHT *v.* CALIFORNIA. November 10, 1941. Petition for writ of certiorari to the District Court of Appeal, 2d Appellate District, of California, and motion